1070

THE STATE OF WASHINGTON, *Respondent*, v. RICKY MARVIN ARNTSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-11731-8, William L. Downing, J., entered June 1, 2006. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

IBF, LLC, *Respondent*, v. CARMEN HEUFT ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-07724-3, Richard J. Thorpe, J., entered May 18, 2006. *Reversed* by unpublished opinion per Appelwick, C.J., concurred in by Agid and Schindler, JJ. Now published at 141 Wn. App. 624.

ERIC ROOTVIK, *Appellant*, v. SOCIETY OF COUNSEL REPRESENTING ACCUSED PERSONS ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 05-2-39185-5, Julie Spector, J., entered June 16 and 27, 2006. *Affirmed* by unpublished per curiam opinion.

EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., ET AL., *Appellants*, v. EXPEDITORS (JAPAN), LTD., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-37968-7, Helen Halpert, J., entered July 3, 2006. *Affirmed* by unpublished opinion per Baker, J., concurred in by Appelwick, C.J., and Grosse, J.